EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Massiel Hernández Tolentino | 2021 TSPR 41 <br><br> 206 DPR _____ |

Número del Caso: TS-13,305

Fecha: 29 de marzo de 2021

Abogado de la parte peticionaria:

　　Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Massiel Hernández Tolentino          TS-13,305

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de marzo de 2021.

Atendida la *Moción de Reconsideración* que la Sra. Massiel Hernández Tolentino presentó sobre solicitud de cambio de estatus de abogada inactiva a activa, se provee ha lugar en reconsideración. En consecuencia, se deja sin efecto la Resolución que este Tribunal emitió el 19 de marzo de 2021.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo